FILED & JUDGMENT ENTERED
Steven T. Salata

Jun 25 2015

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **Kevin J. McClave** ) | Chapter 13 |
| ) | |
| **&** ) | Case No.: 14-32042 |
| ) | |
| **Lauren McClave** ) | |
| _____) | |

**Order on the Motion for a Plan Payment Moratorium**

THIS CAUSE coming on to be heard and being heard before the undersigning United States Bankruptcy Court Judge for the Western District of North Carolina on the Motion for a Plan Payment Moratorium. The court having reviewed the pleadings and evidence presented by Counsel, and it appearing that all parties in interest were property served, for good cause shown it is hereby ORDERED:

1. That the Debtors are granted a Moratorium for June, July, and August and a status hearing be held on August 25, 2015 to determine the new payment amount.

2. That the Attorney for the Debtors are awarded a non-base fee of $350.00 plus reimbursement of copy and postage fees of $11.52, a total of $361.52 to be paid via the plan.

3. And for such and further relief as to the court seem just and proper.

This Order has been signed electronically.        United States Bankruptcy Court
The Judge's signature and Court's seal
appear at the top of the Order.